**DISMISS; and Opinion Filed August 8, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00681-CR
No. 05-19-00682-CR
No. 05-19-00683-CR
No. 05-19-00684-CR

**JESSICA MARIE CAMPBELL, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-25562-U, F18-25478-U, F18-25480-U & F18-59578-U**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Nowell
Opinion by Justice Bridges

Jessica Marie Campbell appeals her convictions for possession of less than one gram of methamphetamine, two offenses of theft of property valued at less than $2500 with two prior convictions, and possession of less than one gram of heroin. In each case, appellant entered into a plea bargain agreement in which she agreed to plead guilty and waive her right to appeal in exchange for the State's recommendation of 3 years deferred adjudication and a $500 fine, probated. The reporter's record shows the trial court admonished appellant about her decision to plead guilty under plea bargain agreements with the State and informed her that if she pleaded guilty and the trial court followed the recommendations as to punishment, appellant would waive

her right to appeal. Appellant stated she understood. The trial court certified that each of these cases was a plea-bargain case and appellant had no right of appeal.

A defendant in a criminal case has the right of appeal as set out in the code of criminal procedure and the rules of appellate procedure. *See* TEX. CODE CRIM. PROC. ANN. art. 44.02); TEX. R. APP. P. 25.2(a)(2). In a plea-bargain case—"a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant," a defendant may appeal only "those matters that were raised by written motion filed and ruled on before trial," or "after getting the trial court's permission to appeal." *See* TEX. R. APP. P. 25.2(a)(2). When an appellant waives her right to appeal as part of her plea bargain agreement with the State, a subsequent notice of appeal filed by her fails to "initiate the appellate process," thereby depriving this Court of jurisdiction over the appeal. *Lundgren v. State*, 434 S.W.3d 594, 599, 600 (Tex. Crim. App. 2014).

Here, the record shows appellant expressly waived her right to appeal in exchange for the State's recommendation of 3 years deferred adjudication and a $500 probated fine, but the record does not show that appellant filed any pretrial motions or received the trial court's permission to appeal. Under these circumstances, we conclude appellant waived her right to appeal in each case.

We dismiss these appeals.

/David L. Bridges/
_____
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

190681F.U05

–2–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JESSICA MARIE CAMPBELL, Appellant

No. 05-19-00681-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F18-25562-U.
Opinion delivered by Justice Bridges.
Justices Brown and Nowell participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 8th day of August, 2019.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JESSICA MARIE CAMPBELL, Appellant

No. 05-19-00682-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F18-25478-U.
Opinion delivered by Justice Bridges.
Justices Brown and Nowell participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered this 8th day of August, 2019.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JESSICA MARIE CAMPBELL, Appellant

No. 05-19-00683-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F18-25480-U.
Opinion delivered by Justice Bridges.
Justices Brown and Nowell participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered this 8th day of August, 2019.



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

JESSICA MARIE CAMPBELL, Appellant

No. 05-19-00684-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F18-59578-U.
Opinion delivered by Justice Bridges.
Justices Brown and Nowell participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 8th day of August, 2019.